# First District Court of Appeal
## State of Florida

_____

No. 1D18-2118
_____

GERALD MCCANN,

　　Appellant,

　　v.

CHARLOTTE COUNTY PUBLIC
SCHOOLS/EMPLOYER'S MUTUAL,
INC.,

　　Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Jack A. Weiss, Judge.

Date of Accident: January 6, 2015.

December 14, 2018

PER CURIAM.

　　AFFIRMED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael J. Winer of Law Office of Michael J. Winer, P.A., Tampa, and Brian O. Sutter of All Injuries Law Firm, P.A., Port Charlotte, for Appellant.

Starlene D. McGory of Cristal Hanenian, Tampa, for Appellees.